MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                          ) Chapter 13
                                                )
MARY ELIZABETH TYLER,                           ) Bankruptcy No. 15-53835
                                                )
                                                )
                                                )
                Debtor.                         )
_____                  ) HON. STEPHEN L. JOHNSON

### MOTION TO ALLOW FILING OF PETITION AND APPOINTMENT OF "NEXT FRIEND"

Debtor through counsel represents as follows:

1. On December 3, 2015 a petition under Chapter 13 was filed with this Court to prevent an imminent foreclosure of the debtor's home.

2. The debtor's adult daughter, Vivian Whitcomb (hereinafter "Whitcomb"), filed the petition on the debtor's behalf. She is one of the four adult children of the debtor, Mary Elizabeth Tyler.

3. Whitcomb is also the current trustee of the Mary Beth Tyler Revocable Trust. Whitcomb resides in Providence, Rhode Island, and is familiar with the debtor's affairs and is in contact with siblings who live in the Santa Cruz area.

4. The debtor is 80 years of age and has advanced Alzheimers disease, and is not competent to file a Petition on her own.

5. The debtor has lived in Country Villa Skilled Nursing and Rehabilitation Center located at 535 Auto Center Drive, Watsonville, California for a number of years.

6. No guardian or conservator has been appointed for the debtor.

7. The filing and prosecution of a bankruptcy case for the debtor through a next friend, another of the debtor's daughters, was approved by this court, in connection with a prior Chapter 13 case, No. 12-55418, which was completed without discharge on or about April 21, 2015.

8. The Chapter 13 Petition was necessary to stop an imminent foreclosure of the debtor's home located at 427 Pacheco Avenue, Santa Cruz, California, 95062.

9. The debtor's offspring are in the process of applying for a loan modification on behalf of the debtor to preserve her home as an asset.

MORAN LAW GROUP, INC.

Date: 12/09/2015         /s/ Cathleen Cooper Moran
                         CATHLEEN COOPER MORAN