MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
MARY ELIZABETH TYLER, ) Bankruptcy No.15-53835
)
)
)
)
Debtor. )
_____ ) HON. STEPHEN L. JOHNSON

**POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR APPOINTMENT OF "NEXT FRIEND"**

Federal Rule of Bankruptcy Procedure 1004.1 addresses the filing of a petition for bankruptcy relief on behalf of an infant and or incompetent person:

> If an infant or incompetent person has a representative, including a general guardian, committee, conservator, or similar fiduciary, the representative may file a voluntary petition on behalf of the infant or incompetent person. An infant or incompetent person who does not have a duly appointed representative may file a voluntary petition by next friend or guardian ad litem. The court shall appoint a guardian ad litem for an infant or incompetent person who is a debtor and is not otherwise represented or shall make any other order to protect the infant or incompetent debtor.

The debtor in this case selected her daughter Vivian Witcomb as the successor trustee of the debtor's revocable trust. The house which is the only meaningful asset in this case is titled to the trust.

The debtor is not competent to manage her affairs and resides in a skilled nursing facility by reason of her advanced Alzheimer's disease.

In the absence of a previously appointed guardian or conservator, the debtor's daughter, Vivian Whitcomb, is an appropriate person to act for the debtor in this bankruptcy case.

MORAN LAW GROUP, INC.

Date: 12/09/2015

/s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN