MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                ) Chapter 13
                                      )
MARY ELIZABETH TYLER,                 ) Bankruptcy No. 15-53835
                                      )
                                      )
                                      )
                                      )
           Debtor.                    )
_____) HON. STEPHEN L. JOHNSON

**NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO
ALLOW FILING AND APPOINTMENT OF "NEXT FRIEND"**

NOTICE IS HEREBY GIVEN THAT the Debtor through counsel has filed a Motion to Allow Filing and Appointment of "Next Friend." Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice; Any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to

any trustee or committee appointed in the case.

                          MORAN LAW GROUP, INC.

Dated: 12/09/2015                 /s/ Cathleen Cooper Moran
                                        CATHLEEN COOPER MORAN