MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MARY ELIZABETH TYLER, | ) | Bankruptcy No. 15-53835 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. STEPHEN L. JOHNSON |

**DECLARATION OF VIVIAN WHITCOMB IN SUPPORT OF
MOTION FOR APPOINTMENT AS DEBTOR'S "NEXT FRIEND"**

I, VIVIAN WHITCOMB, declare:

1. I am over the age of 18 and the daughter of Mary Elizabeth Tyler who is currently 80 years old. I reside in Providence, Rhode Island.

2. I was selected by my mother to be trustee of her revocable trust and currently serve as trustee.

3. My mother's home at 427 Pacheco Avenue, Santa Cruz, California, 95062 is titled to the trust.

4. I am familiar with my mother's financial affairs.

5. I am in contact with my siblings who live in the Santa Cruz area and are able to visit with my mother in her care facility.

6. My mother's doctor has stated that my mother suffers from Alzheimer's disease and is incapable of managing her affairs. She is not expected to improve.

7. No guardian or conservator has been appointed for my mother.

8. It is my hope to bring the mortgage on my mother's home current either by means of a loan modification or the cure of the arrearage through the Chapter 13 plan.

9. At the time a decision was made to file this case, a foreclosure sale was set for December 8, 2015.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was excuted on __10th_____ day of December, 2015 in Providence, Rhode Island.

/s/ Vivian Whitcomb
VIVIAN  WHITCOMB