MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                ) Chapter 13
                                      )
MARY ELIZABETH TYLER,                 ) Bankruptcy No.15-53835
                                      )
                                      )
                                      )
              Debtor.                 )
_____) HON. STEPHEN L. JOHNSON

**MOTION TO WAIVE CREDIT COUNSELING**

Debtor through counsel moves the court to waive the credit counseling requirement of 11 U.S.C. §109(h) and represents as follows:

1. A petition under Chapter 13 was filed by debtor Mary Elizabeth Tyler on December 3, 2015 through her adult daughter.

2. An Ex Parte Motion to allow the filing by her "next of friend" is being submitted concurrently.

3. The debtor is 80 years of age and has advanced Alzheimer's disease and is not competent. See Declaration of Tracey Witcomb filed herewith.

4. She lives in Country Villa Skilled Nursing and Rehabilitation Center located at 535 Auto Center Dr., Watsonville, California.

5. Debtor is requesting that she be excused from filing a credit counseling

certificate for the above-entitled bankruptcy pursuant to 11 U.S.C. §109(h)(4).

6. The bankruptcy was necessary because of the imminent foreclosure of her residence.

MORAN LAW GROUP, INC.

Date: 12/09/2015 /s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN