MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MARY ELIZABETH TYLER, | ) | Bankruptcy No.15-53835 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. STEPHEN L. JOHNSON |

**POINTS AND AUTHORITIES IN SUPPORT OF WAIVER
OF CREDIT COUNSELING**

Section 109(h) of the Bankruptcy Code sets for the requirements that an individual debtor obtain credit counseling from an approved provider prior to commencing a bankruptcy case.

Subsection (4) of that section provides that the requirement may be waived because of incapacity, disability, or active military service.

The debtor in the present case suffers from and has suffered from Alzheimer's disease and for that reason is incapable of participating in or benefitting from such counseling.

MORAN LAW GROUP, INC.

Date: 12/09/2015            /s/ Cathleen Cooper Moran
                            CATHLEEN COOPER MORAN