MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
MARY ELIZABETH TYLER, ) Bankruptcy No. 15-53835
)
)
)
)
Debtor. )
_____ ) HON. STEPHEN L. JOHNSON

**NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO WAIVE CREDIT COUNSELING**

NOTICE IS HEREBY GIVEN THAT the Debtor through counsel has filed a Motion to Waive Credit Counseling. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice; Any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to

1 | any trustee or committee appointed in the case.

MORAN LAW GROUP, INC.

4 | Dated: 12/09/2015      /s/ Cathleen Cooper Moran
CATHLEEN COOPER MORAN