MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                  )   Chapter 13
                                        )
MARY ELIZABETH TYLER,                   )   Bankruptcy No. 15-53835
                                        )
                                        )
                                        )
                                        )
            Debtor.                     )
_____ )   HON. STEPHEN L. JOHNSON

**DECLARATION OF TRACEY WHITCOMB IN SUPPORT OF
MOTION TO WAIVE CREDIT COUNSELING**

I, TRACEY WHITCOMB, declare:

1. I am one of four adult children of the debtor Mary Elizabeth Tyler and I live in Santa Cruz, CA.

2. My mother is 80 years of age and has advanced Alzheimer's disease and is not competent to file a Petition on her own.

3. She has lived for years at County Villa Skilled Nursing and Rehabilitation Center located at 535 Auto Center Dr., Watsonville, CA. I visit her regularly.

4. Her doctor has advised that she cannot make decisions for herself and her condition is not expected to improve.

5. I am requesting on her behalf that she be excused from the requirement to take

6. My mother was the subject of a prior Chapter 13 case in which the court excused her from obtaining credit counseling.

7. Her bankruptcy filing was necessitated by an imminent foreclosure sale of her home.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was excuted on ___10th_____ day of December, 2015 in Santa Cruz, California.

                                  /s/ Tracey Whitcomb
                                  TRACEY WHITCOMB