MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                    )   Chapter 13
                                          )
MARY ELIZABETH TYLER,                     )   Bankruptcy No. 15-53835
                                          )
                                          )
                                          )
                 Debtor.                  )
_____         )   HON. STEPHEN L. JOHNSON

## CERTIFICATE OF SERVICE BY MAIL

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On December 11, 2015, I served a copy, with all exhibits, of the following documents:

**1)** **MOTION TO WAIVE CREDIT COUNSELING**

**2)** **NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO WAIVE CREDIT COUNSELING**

**3)** **POINTS AND AUTHORITIES IN SUPPORT OF WAIVER OF CREDIT COUNSELING**

**4)** **DECLARATION OF TRACEY WHITCOMB IN SUPPORT OF MOTION TO WAIVE CREDIT COUNSELING**

-1-

| | |
|---|---|
| 1 | 5) **MOTION TO ALLOW FILING OF PETITION AND APPOINTMENT OF "NEXT FRIEND"** |
| 2 | |
| 3 | 6) **NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO ALLOW FILING AND APPOINTMENT OF "NEXT FRIEND"** |
| 4 | 7) **POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF "NEXT FRIEND"** |
| 5 | |
| 6 | 8) **DECLARATION OF VIVIAN WHITCOMB IN SUPPORT OF MOTION FOR APPOINTMENT AS DEBTOR'S "NEXT FRIEND"** |

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Via First Class USPS**

| | |
|---|---|
| *Original lender as listed on the Deed of Trust:*<br><br>Chase<br>Po Box 24696<br>Columbus, OH 43224<br><br>*Creditor's address as listed on the Proof of Claim and Creditor Matrix:*<br><br>JP Morgan Chase Bank, NA<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203<br><br>*Creditors from the Creditor Matrix:*<br><br>Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044<br><br>CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>California State Board of Equalization<br>Account Reference Group MIC 29<br>P O Box 942879<br>Sacramento, CA 94279-0029 | ChexSystems<br>Consumer Relations<br>7805 Hudson Rd., #100<br>Woodbury, MN 55125<br><br>Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Internal Revenue Service<br>Insolvency, MS 5420/5430<br>Special Procedures<br>55 S. Market St.<br>San Jose, CA 95113-21334<br><br>Quality Loan Service Corp<br>411 Ivy Street<br>San Diego, CA 92101<br><br>US Atty, Chief Tax Division<br>450 Golden Gate Ave.<br>10th Flr., Box 36055<br>San Francisco, CA 94102<br><br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |

**Via First Class USPS,**
**Certified Receipt Requested**

*Creditor's address as provided by the California Secretary of State:*

Jamie Dimon, President & CEO
JP Morgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240

*Agent's address as provided by the California Secretary of State:*

Agent for Service of Process for
JP Morgan Chase Bank
CT Corporation System
818 West Seventh St. Ste 930
Los Angeles, CA 90017

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 11, 2015, at Mountain View, California.

                                    /s/ Anne Grugan_____
                                    Anne Grugan

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 6.25

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy) $ 2.80
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $ 3.45
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.42

Total Postage and Fees
$ 7.67

Sent To: Agent for Service of Process for JP Morgan Chase Bank
Street and A: CT Corporation System
818 West Seventh St. Ste 930
City, State: Los Angeles, CA 90017

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0006 4438 8420

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

COLUMBUS OH 43240 OFFICIAL USE

Certified Mail Fee
$ 6.25    $3.45

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy) $ 2.80   $0.00
☐ Return Receipt (electronic) $
☒ Certified Mail Restricted Delivery $ 3.45   $0.00
☐ Adult Signature Required $ N/A
☐ Adult Signature Restricted Delivery $ N/A

Postage
$ 1.42    $0.93

Total Postage and Fees
$ 7.67    $7.18

Sent To: Jamie Dimon, President & CEO
Street and: JP Morgan Chase Bank
1111 Polaris Parkway
City, State: Columbus, OH 43240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0006 4438 8413