MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| MARY ELIZABETH TYLER, ) | Bankruptcy No. 15-53835 |
| ) | |
| Debtor. ) | |
| _____ ) | HON. STEPHEN L. JOHNSON |

### CERTIFICATE OF SERVICE BY NOTICE OF ELECTRONIC FILING

I declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

The following documents are to be served by the Court via Notice of Electronic Filing ("NEF"):

**1) MOTION TO WAIVE CREDIT COUNSELING**

**2) NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO WAIVE CREDIT COUNSELING**

**3) POINTS AND AUTHORITIES IN SUPPORT OF WAIVER OF CREDIT COUNSELING**

**4) DECLARATION OF TRACEY WHITCOMB IN SUPPORT OF MOTION TO WAIVE CREDIT COUNSELING**

**5) MOTION TO ALLOW FILING OF PETITION AND APPOINTMENT OF "NEXT FRIEND"**

**6) NOTICE FOR OPPORTUNITY FOR HEARING ON MOTION TO ALLOW FILING AND APPOINTMENT OF "NEXT FRIEND"**

**7) POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPOINTMENT OF "NEXT FRIEND"**

**8) DECLARATION OF VIVIAN WHITCOMB IN SUPPORT OF MOTION FOR APPOINTMENT AS DEBTOR'S "NEXT FRIEND"**

pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document(s) will be served by the Court via NEF and hyperlink to the document. On **December 11, 2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) below:

US Trustee
Office of the US Trustee, San Jose
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Chapter 13 Trustee
Devin Derham-Burk, Trustee
ctdocs@ch13sj.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 11, 2015, at Mountain View, California.

                                                  /s/ Anne Grugan
                                                  Anne Grugan