**Entered on Docket
January 08, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700

Attorney for Debtor

The following constitutes
the order of the court. Signed January 8, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 13 |
| MARY ELIZABETH TYLER, | Bankruptcy No. 15-53835 |
| Debtor. | HON. STEPHEN L. JOHNSON |

### ORDER WAIVING CREDIT COUNSELING

This matter came before the Court on the Motion to Waive Credit Counseling. Upon consideration of the pleadings, notice being proper and good cause existing therefore, the motion is granted and the Debtor is excused from filing a credit counseling certificate for the above entitled bankruptcy pursuant to 11 U.S.C. §109(h)(4).

**END OF ORDER**

**COURT SERVICE LIST**

All participants are ECF filers.