

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700

Attorney for Debtor

The following constitutes
the order of the court. Signed January 19, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

The court notes this is the second bankruptcy case filed by (or for) debtor and the second attempt to modify a home loan.  Given that extra time was authorized in the prior case, the court does not expect to extend time in this case.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| MARY ELIZABETH TYLER, | ) | Bankruptcy No. 15-53835 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. STEPHEN L. JOHNSON |

**ORDER GRANTING MOTION TO ALLOW FILING
OF PETITION AND APPOINTMENT OF "NEXT FRIEND"**

This matter came before the Court on the Motion to Allow Filing and Appointment of "Next Friend."  Upon consideration of the pleadings, notice being proper and good cause existing therefore, the motion is granted and Vivian Whitcomb is appointed as the appropriate person to act for the debtor in this bankruptcy case.

**END OF ORDER**

**COURT SERVICE LIST**

All participants are ECF filers.